IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONNIE G. WIGGINS, :
:
    Plaintiff :
:
v. : CIVIL NO. 3:11-CV-1298
:
BRIAN A. BLEDSOE, et al., : (Judge Munley)
:
    Defendants :

## ORDER

**AND NOW**, to wit, this 24 day of October 2011, upon consideration of the Defendants' motion requesting leave to withdraw their previously filed motion to dismiss and for summary judgment (Doc. 12), it is hereby **ORDERED** that:

1. Defendants' motion requesting leave to withdraw their previously filed dispositive motion (Doc. 12) is **GRANTED**.

2. Defendants motion to dismiss and for summary judgment (Doc. 9) is **DEEMED WITHDRAWN**.

                                      BY THE COURT:

                                      s/James M. Munley
                                      JUDGE JAMES M. MUNLEY
                                      United States District Court