# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONNIE G. WIGGINS,** | : | CIVIL NO.  3:11-CV-1298 |
| Plaintiff, | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **BRIAN A. BLEDSOE, et al.,** | : | |
| Defendants. | : | Filed Electronically |

## O R D E R

**AND NOW,** this _____ day of _____, 2012, upon consideration of the United States' motion to depose Plaintiff Wiggins, pursuant to Fed. R. Civ. P. 30(a)(2), **IT IS HEREBY ORDERED THAT** the motion is granted.   The United States, by its counsel, may take the deposition of this Plaintiff, at a place and time suitable to the Bureau of Prisons and the parties.

_____
James M. Munley
United States District Judge