PJS:TSJ:kas

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONNIE G. WIGGINS,** | : | **CIVIL NO.   3:11-CV-1298** |
| **Plaintiff,** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **BRIAN A. BLEDSOE, et al.,** | : | |
| **Defendants.** | : | |

### DEFENDANTS' UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 5.8, Defendants, hereby submit this Motion to Seal.

Counsel certifies that he contacted Plaintiff's counsel, Stephen Brown, Esquire, and Mr. Brown does concur in Defendants' motion to seal.

1

WHEREFORE, Defendants request that this Motion be granted.

                          Respectfully submitted,

                          PETER J. SMITH
                          United States Attorney

                          s/ Timothy Judge
                          TIMOTHY JUDGE
                          Assistant U.S. Attorney
                          Atty. I.D. No. PA 203821
                          U.S. Attorney's Office
                          PO Box 309
                          Scranton, PA 18501
                          Phone: 570-348-2800
                          Fax: 570-348-2830
                          Timothy.judge@usdoj.gov

Dated:    March 6, 2015

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONNIE G. WIGGINS,** | : | CIVIL NO.   3:11-CV-1298 |
| Plaintiff, | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **BRIAN A. BLEDSOE, et al.,** | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on March 6, 2015, she served a copy of the attached

### MOTION TO SEAL

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

<u>Addressee</u>:
Thomas J. Miller
Stephen D. Brown
Deckert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104

/s Kimberly A. Stevens
Paralegal Specialist