IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WIGGINS,<br><br>        Plaintiff,<br><br>v.<br><br>BLEDSOE, et al.,<br><br>        Defendants. | CIVIL ACTION<br><br>Case No.: 3:11-cv-1298<br><br>Filed Electronically |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

    Plaintiff Ronnie Wiggins ("Plaintiff") hereby moves pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file a Second Amended Complaint. The basis for Plaintiff's motion is set forth as follows:

    1.    On November 22, 2011, Plaintiff filed an Amended Complaint arising out of his being stabbed 22 times at the Federal Penitentiary in Lewisburg. Among other claims, Plaintiff alleged that Defendant Bledsoe violated Mr. Wiggins' Eighth Amendment rights when he was deliberately indifferent to a substantial risk of serious harm to Mr. Wiggins.

    2.    Over the course of the next three years, the precise theory and nature of Plaintiff's Eighth Amendment claims against Defendant Bledsoe became clear to Defendant Bledsoe through: a) Plaintiff's discovery requests; b) a Motion to Compel filed by Plaintiff seeking discovery well beyond the July 16, 2009 stabbing

1

and the facts related solely to Mr. Wiggins; c) Plaintiff's counsel's questioning of Defendant Bledsoe at his deposition; and d) Plaintiff's expert report.

3. Plaintiff's Second Amended Complaint merely seeks to add detail to the Complaint to what has been clear to Warden Bledsoe and his counsel throughout discovery in this case.

4. Defendant Bledsoe will not suffer any prejudice in any way by the proposed amendments.

5. In accordance with Local Rule 15.1, a proposed form of the Second Amended Complaint, together with a version highlighting the proposed amendments, are attached to this motion as **Exhibit A** and **Exhibit B**, respectively.

6. Counsel certifies that he has contacted Defendants' counsel pursuant to Local Rule 7.1, and that Defendants' counsel does not concur in the motion.

Therefore, for the reasons stated in the brief in support of this motion, Plaintiff hereby moves for permission to amend his Complaint in this case and file a Second Amended Complaint in the form attached to this motion as **Exhibit A**.

Date: July 17, 2015          By:   /s/ Stephen D. Brown
                                   Thomas J. Miller (PA 316587)
                                   Stephen D. Brown (PA 27829)
                                   Dechert LLP
                                   Cira Centre
                                   2929 Arch Street
                                   Philadelphia, PA 19104
                                   Main: (215) 994-4000
                                   Fax: (215) 994-2222

Sean P. McConnell (PA 307740)
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel.  (215) 979-1947
Fax:  (215) 689-4856

*Counsel for Plaintiff*
*Ronnie G. Wiggins*