**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RONNIE G. WIGGINS,** | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 3:11-CV-1298 |
| **BRIAN A. BLEDSOE, et al.,** | : | (Judge Munley) |
| Defendants | : | |

**ORDER**

**AND NOW**, to wit, this 30th day of November, 2017, in accordance with the accompanying memorandum, it is hereby **ORDERED** that:

1. Remaining Defendants' motion to dismiss and for summary judgment is construed as solely seeking summary judgment.

2. The Remaining Defendants' motion for summary judgment (Doc. 98) is **PARTIALLY GRANTED**.

3. Summary judgment is granted in favor of Warden Bledsoe.

4. The remainder of the summary judgment motion is denied.

5. A status conference shall be scheduled in this matter.

        **BY THE COURT:**

        **s/James M. Munley
        JUDGE JAMES M. MUNLEY
        United States District Court**