IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNIE G. WIGGINS, | : | 3:11-cv-1298 |
| Plaintiff, | : | |
| v. | : | (Judge Munley) |
| | : | |
| BRIAN A. BLEDSOE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, to wit, this 15th day of December 2017, upon consideration of the procedural posture of this case, and it appearing that this case is appropriate for referral to the Prison Litigation Settlement Program in advance of trial, it is hereby ORDERED that:

1. This case is REFERRED to the Court's Prison Litigation Settlement Program.

2. The Honorable Karoline Mehalchick is appointed to serve as mediator.

3. All settlement discussions are CONFIDENTIAL and may not be utilized by any party if settlement is not reached.

4. Mediation shall be completed within ninety (90) days of the date of this Order.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court