# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONNIE G. WIGGINS,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>BRIAN A. BLEDSOE, et al<br><br>　　　　　Defendants | CIVIL ACTION NO. 3:11-CV-1298<br><br>(MUNLEY, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW,** this 19th day of December, 2017, **IT IS HEREBY ORDERED** that a telephonic scheduling conference will be held on **Wednesday, January 10, 2018 at 10:00 AM.** <u>Counsel for the plaintiff shall initiate the conference call.</u>  All parties are to be on the line prior to contacting chambers at (570) 207-5740.


**Dated: December 19, 2017**　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**