*WIGGINS v. BLEDSOE, ET AL.*
**FTCA TRIAL**

**JUDGE   MUNLEY**                                                               **CASE NO.: 11-1298**
**MIDDLE DISTRICT OF PENNSYLVANIA**                                              **DATE:**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
|  | 1 | SF-95 TRT-NER-2010-03392 | 03/19/2010 |  |  |  |
|  | 2 | Request For Transfer/Application of Management Variable – Inmate Wiggins | 02/22/2008 |  |  |  |
|  | 3 | SIS Intelligence Office Memorandum Authored by SIS Lieutenant B. Hurte Concerning November 19, 2007 Inmate on Inmate Assault | 12/05/2007 |  |  |  |
|  | 4 | Intake Screening Form – Inmate Wiggins | 05/19/2008 |  |  |  |
|  | 5 | Memorandum Authored by Special Investigative Supervisor S.V. Heath Subject – Threat Assessment Dirty White Boys | 05/11/2009 |  |  |  |
|  | 6 | Discipline Hearing Officer Report Authored by DHO B. Chambers Concerning Incident No. 1867137 Inmate Wiggins | 10/29/2009 |  |  |  |
|  | 7 | Inmate Discipline Data Inmate Wiggins | 02/27/2012 |  |  |  |
|  | 8 | CIM Clearance and Separatee Data – Inmate Wiggins | 07/16/2009 |  |  |  |
|  | 9 | Diagram Z Block Third Floor |  |  |  |  |
|  | 10 | Diagram Z Block Recreation Cages | 04/05/2010 |  |  |  |
|  | 11 | USP Lewisburg – Post Orders General Orders | 09/13/2008 |  |  |  |
|  | 12 | USP Lewisburg Special Management Unit Special Post Orders Z Block | 06/5/2009 |  |  |  |
|  | 13 | Deposition Transcript - Wiggins | 01/15/2013 |  |  |  |
|  | 14 | Special Management Unit Inmate Handbook | 12/19/2002 |  |  |  |

*WIGGINS v. BLEDSOE, ET AL.*
**FTCA TRIAL**

**JUDGE MUNLEY**  **CASE NO.: 11-1298**
**MIDDLE DISTRICT OF PENNSYLVANIA**  **DATE:**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 15 | Inmate Receipt of Copy of SMU Handbook – Inmate Wiggins | 05/19/2008 | | | |
| | 16 | Referral of an Inmate Criminal Matter for Investigation | 07/16/2009 | | | |
| | 17 | Report of Incident | 07/17/2009 | | | |
| | 18 | Memorandum Authored by S.V. Heath SIS Lieutenant | 07/16/2009 | | | |
| | 19 | Memorandum Authored by N. Dreese | 07/16/2009 | | | |
| | 20 | Memorandum Authored by Michael Hornberger | 07/16/2009 | | | |
| | 21 | Video ASSAULT IN SHU REC 7-16-09_C-286 Z OUTSIDE REC #11…083036.AVI | 07/16/2009 | | | |
| | 22 | Video HANDING WEAPON FOR ASSAULT 7-16-09_C-287 Z OUTSIDE REC #12…082136.AVI | 07/16/2009 | | | |
| | 23 | Photos of weapon and recreation pen | 07/16/2009 | | | |
| | 24 | United States Penitentiary Lewisburg Photo Sheet | 04/04/2014 | | | |
| | 25 | Wiggins' Central File | 10/15/2012 | | | |
| | 25 | Z-Unit Recreation Officer Post Order | 11/12/13 | | | |
| | 26 | Housing United Records 26.1 – 26.8 | 7/6/2008 through 7/12/2008, 07/13/2008 through 7/19/2008, 9/14/2008 through 09/20/2008, 10/26/08 | | | |

*WIGGINS v. BLEDSOE, ET AL.*
**FTCA TRIAL**

JUDGE  MUNLEY                                                   CASE NO.: 11-1298
MIDDLE DISTRICT OF PENNSYLVANIA                                 DATE:

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | | | through 11/01/08, 05/31/2009 through 06/6/2009, 06/07/2009 through 06/13/2009, 06/14/2009 through 06/20/2009, 07/12/2009 through 07/18/2009 | | | |
| | 27 | Program Statement 5321.07 | 9/16/99 | | | |
| | 28 | Program Statement 5217.01 | March 2009 | | | |
| | 29 | Wiggins Inmate Discipline Data | 02/27/2012 | | | |
| | 30 | Wiggins Inmate Quarters | 02/27/2012 | | | |
| | 31 | Wiggins BOP Medical Records | July 2009-October 2011 | | | |