*WIGGINS v. BLEDSOE*, ET AL.
*BIVENS/FTCA* TRIAL

**JUDGE MANNION**                                                          **CASE NO.: 11-1298**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 1<br><br>D-3314-3319 | Discipline Hearing Officer Report Authored by DHO T. McGee Concerning Incident No. 1675545 | 04/18/2008 | | | |
| | 2<br><br>D-886 | Request For Transfer/Application of Management Variable – Inmate Wiggins | 02/22/2008 | | | |
| | 3<br><br>D-887-891 | SIS Intelligence Office Memorandum Authored by SIS Lieutenant B. Hurte Concerning November 19, 2007 Inmate on Inmate Assault | 12/05/2007 | | | |
| | 4<br><br>D-2274/D-2339 | Intake Screening Form and Administrative Detention Order – Inmate Wiggins | 05/19/2008 | | | |
| | | | | | | |

*WIGGINS v. BLEDSOE*, ET AL.
*BIVENS/FTCA* TRIAL

**JUDGE MANNION**  **CASE NO.: 11-1298**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 5 D-987-999 | Memorandum Authored by Special Investigative Supervisor S.V. Heath Subject – Threat Assessment Dirty White Boys | 05/11/2009 | | | |
| | 6 D-3465-3470/D-3471-3473 | Discipline Hearing Officer Report Authored by DHO B. Chambers And Incident No. 1867137 Inmate Wiggins | 10/29/2009 | | | |
| | 7 D-593-605 | Inmate Discipline Data Inmate Wiggins | 02/27/2012 | | | |
| | 8 D-741-757 | CIM Clearance and Separatee Data – Inmate Wiggins | 07/16/2009 | | | |
| | 9 D-3705 | Diagram Z Block Third Floor | | | | |
| | 10 D-3706 | Diagram Z Block Recreation Cages | 04/05/2010 | | | |

DEFENDANTS LIST OF EXHIBITS

*WIGGINS v. BLEDSOE*, ET AL.
*BIVENS/FTCA* TRIAL

JUDGE MANNION                                              CASE NO.: 11-1298
MIDDLE DISTRICT OF PENNSYLVANIA

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
|  | 11 D-4338-4373 | USP Lewisburg – Post Orders General Orders | 09/13/2008 |  |  |  |
|  | 12 D-4378-4416 | USP Lewisburg Special Management Unit Special Post Orders Z Block | 06/5/2009 |  |  |  |
|  | 13 | Deposition Transcript - Wiggins | 01/15/2013 |  |  |  |
|  | 14 D-863-882 | Special Management Unit Inmate Handbook | 12/19/2002 |  |  |  |
|  | 15 D-884 | Inmate Receipt of Copy of SMU Handbook – Inmate Wiggins | 05/19/2008 |  |  |  |
|  | 16 D-713 | Referral of an Inmate Criminal Matter for Investigation | 07/16/2009 |  |  |  |
|  | 17 D-714-717 | Report of Incident | 07/17/2009 |  |  |  |
|  |  |  |  |  |  |  |

*WIGGINS v. BLEDSOE*, ET AL.
*BIVENS/FTCA* TRIAL

**JUDGE MANNION**  **CASE NO.: 11-1298**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 18 D-718 | Memorandum Authored by S.V. Heath SIS Lieutenant | 07/16/2009 | | | |
| | 19 D-719 | Memorandum Authored by N. Dreese | 07/16/2009 | | | |
| | 20 D-720 | Memorandum Authored by Michael Hornberger | 07/16/2009 | | | |
| | 21 | Video ASSAULT IN SHU REC 7-16-09_C-286 Z OUTSIDE REC #11…083036.AVI | 07/16/2009 | | | |
| | 22 | Video HANDING WEAPON FOR ASSAULT 7-16-09_C-287 Z OUTSIDE REC #12…082136.AVI | 07/16/2009 | | | |
| | 23 D-848-850 | Photos of weapon and recreation pen | 07/16/2009 | | | |
| | 24 D-4433 | Z-Unit Recreation Officer Post Order | 11/12/13 | | | |
| | | | | | | |

*WIGGINS v. BLEDSOE*, ET AL.
*BIVENS/FTCA* TRIAL

JUDGE MANNION                                         CASE NO.: 11-1298
MIDDLE DISTRICT OF PENNSYLVANIA

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 25 D-2352-2365; D-2367; D-2369-2384; D-2399 | Housing United Records Forms 950/292 | Numerous dates | | | |
| | 26 | Unit Management Manual, Program Statement 5321.07 | 9/16/99 | | | |
| | 27 D-585-592 | Special Management Units, Program Statement 5217.01 Institutional Supplement | March 2009 | | | |
| | 28 D-606-618 | Wiggins Inmate Quarters | 02/27/2012 | | | |
| | 29 D-1-495 | Wiggins BOP Medical Records | July 2009-October 2011 | | | |
| | | | | | | |

*WIGGINS v. BLEDSOE*, ET AL.
*BIVENS/FTCA* TRIAL

JUDGE MANNION  CASE NO.: 11-1298
MIDDLE DISTRICT OF PENNSYLVANIA

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 30 NO BATES but attached to Docs. 155 and 159 | Wiggins' Administrative Tort Claim, Amendment and Reconsideration Submissions and Denials for Claim # TRT-NER-2010-03392 | 03/19/2010 | | | |
| | 31 D-4938 | Photograph of the Weapon | 4-4-2014 | | | |
| | 32 D-721 | Memorandum Authored by Lt. Fleming | 7-16-2009 | | | |
| | 33 | Special Management Units Program Statement | 11-19-2008 | | | |
| | 34 | Former USP Lewisburg Warden Bryan Bledsoe's education and employment history as of August 21, 2019 entered by Plaintiff's counsel at his trial deposition as PX-50 | 8-21-2019 | | | |
| | | | | | | |

**DEFENDANTS LIST OF EXHIBITS**

*WIGGINS v. BLEDSOE*, ET AL.
*BIVENS/FTCA* TRIAL

**JUDGE MANNION** **CASE NO.: 11-1298**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | | Any exhibit offered by Plaintiff at the time of trial | | | | |
| | | | | | | |
| | | | | | | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONNIE G. WIGGINS,** | : | CIVIL NO.  3:11-CV-1298 |
| Plaintiff, | : | |
| | : | (Judge Mannion) |
| v. | : | |
| | : | |
| **UNITED STATES, et al.,** | : | |
| Defendants. | : | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.  That on August 23, 2019, she served a copy of the attached

## DEFENDANTS' UPDATED EXHIBIT LIST

By electronic means through the ECF system to-

Stephen D. Brown         stephen.brown@dechert.com
Thomas James Miller     thomas.miller@dechert.com
Julia Chapman             julia.chapman@dechert.com

                                                  s/ Cristina M. Guthrie
                                                  Paralegal Specialist