# Appendix 1

**Judge Mannion**  **Wiggins v. Bledsoe**  **Plaintiff Exhibit List**
**Middle District of Pennsylvania**  **Ca. No. 3:11-cv-1298**

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-001 | DX-021 | [] | [] | 07/16/09 | Video titled by BOP, "ASSAULT IN SHU REC 7-16-09_C-286 Z OUTSIDE REC #11…083036.avi | | | | |
| PX-002 | DX-022 | [] | [] | 07/16/09 | Video Titled by BOP, "HANDING WEAPON FOR ASSAULT 7-16-09_C-287 Z OUTSIDE REC #12…082136.avi" | | | | |
| PX-003 | [] | [] | [] | [] | Knife used in assault | | | | |
| PX-004 | DX-031 | D-4938 | D-4938 | 04/04/14 | Photograph of Knife Used to Stab Ronnie Wiggins | | | | |
| PX-005 | DX-023 | D-0848 | D-0851 | 07/16/09 | Photos of the knife and recreation cage post assault | | | | |
| PX-006 | DX-018 | D-0718 | D-0718 | 07/16/09 | Heath witness memo, Ronnie Wiggins Assault | | | | |
| PX-007 | DX-019 | D-0719 | D-0719 | 07/16/09 | Dreese witness memo, Ronnie Wiggins Assault | | | | |
| PX-008 | DX-020 | D-0720 | D-0720 | 07/16/09 | Hornbeger witness memo, Ronnie Wiggins Assault | | | | |

# Appendix 1

**Judge Mannion**  **Wiggins v. Bledsoe**  **Plaintiff Exhibit List**
**Middle District of Pennsylvania**  **Ca. No. 3:11-cv-1298**

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-009 | DX-032 | D-0721 | D-0721 | 07/16/09 | Fleming witness memo, Ronnie Wiggins Assault | | | | |
| PX-010 | [] | Plaintiff-0624 | Plaintiff-0635 | 11/19/08 | U.S. Dept. of Justice, Bureau of Prisons Program Statement: Special Management Units | | | | |
| PX-011 | [] | D-0840 | D-0840 | 08/01/95 | Knife Chain of Custody Log | | | | |
| PX-012 | DX-011 | D-4338 | D-4373 | 09/13/08 | USP Lewisburg General Post Orders | | | | |
| PX-013 | DX-017 | D-0714 | D-0717 | 07/17/09 | Wiggins Assault Incident Report | | | | |
| PX-014 | DX-012 | D-4378 | D-4416 | 06/05/09 | USP Lewisburg Special Management Unit, Special Post Orders, Z Block | | | | |
| PX-015 | DX-024 | D-4433 | D-4433 | 11/12/13 | USP Lewisburg Post Orders, Z-Block Recreation Officer | | | | |
| PX-016 | [] | D-3213 | D-3213 | 06/01/96 | Bureau of Prisons Form 292 (June 1996) | | | | |

# Appendix 1

**Judge Mannion**  **Wiggins v. Bledsoe**  **Plaintiff Exhibit List**
**Middle District of Pennsylvania**  **Ca. No. 3:11-cv-1298**

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-017 | [] | D-3214 | D-3214 | 06/18/96 | Bureau of Prisons Form 950 | | | | |
| PX-018 | [] | D-3203 | D-3203 | 11/01/96 | Bureau of Prisons Form 292 (November 1996) | | | | |
| PX-019 | [] | D-3202 | D-3202 | 12/01/96 | Bureau of Prisons Form 292 (December 1996) | | | | |
| PX-020 | [] | D-3150 | D-3150 | 07/01/01 | Bureau of Prisons Form 292 (July 2001) | | | | |
| PX-021 | [] | D-3151 | D-3151 | 07/05/01 | Bureau of Prisons Form 950 | | | | |
| PX-022 | [] | D-3146 | D-3146 | 08/01/01 | Bureau of Prisons Form 292 (August 2001) | | | | |
| PX-023 | [] | D-3143 | D-3143 | 09/01/01 | Bureau of Prisons Form 292 (September 2001) | | | | |
| PX-024 | [] | D-0886 | D-0886 | 02/22/08 | USP Victorville Transfer Application | | | | |

# Appendix 1

**Judge Mannion**  **Wiggins v. Bledsoe**  **Plaintiff Exhibit List**
**Middle District of Pennsylvania**  **Ca. No. 3:11-cv-1298**

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-025 | [] | D-2275 | D-2275 | 05/09/08 | Wiggins Lewisburg Intake Screening Form | | | | |
| PX-026 | [] | D-0708 | D-0708 | 05/19/08 | Ronnie Wiggins Lewisburg Intake Screening Form | | | | |
| PX-027 | [] | D-2339 | D-2339 | 05/19/08 | Wiggins Administrative Detention Order | | | | |
| PX-028 | [] | D-2383 | D-2383 | 05/19/08 | Bureau of Prisons Form 950 (May 19, 2008) | | | | |
| PX-029 | [] | D-2399 | D-2399 | 07/12/09 | Bureau of Prisons Form 950 | | | | |
| PX-030 | [] | Plaintiff-0636 | Plaintiff-0637 | 11/04/09 | Copy of Wiggins Request to Lt. Fleming (with partial mirror image attached) | | | | |
| PX-031 | DX-028 | D-0606 | D-0618 | 02/27/12 | Ronnie Wiggins Inmate Quarters History | | | | |
| PX-032 | DX-014 | D-0863 | D-0882 | 12/19/02 | Special Management Unit Inmate Handbook | | | | |

# Appendix 1

| Judge Mannion | Wiggins v. Bledsoe | Plaintiff Exhibit List |
| Middle District of Pennsylvania | Ca. No. 3:11-cv-1298 | |

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-033 | [] | Plaintiff-0638 | Plaintiff-0671 | 08/01/08 | Discipline statistics from USP Lewisburg for period August 2008 to December 2009 (Bezy Report Exhibit E) | | | | |
| PX-034 | DX-027 | D-0585 | D-0592 | 03/01/09 | USP Lewisburg Institutional Supplement | | | | |
| PX-035 | [] | [] | [] | 10/25/13 | Individual Defendants' and United States of America's Responses to Plaintiff's First Request for Interrogatories Per Court Order | | | | |
| PX-036 | [] | D-0679 | D-0682 | [] | USP Lewisburg Escort Procedures | | | | |
| PX-037 | [] | D-0899 | D-0901 | 12/16/08 | Joshua Wren Lewisburg Referral | | | | |
| PX-038 | [] | D-3576 | D-3576 | 07/16/09 | Assailant Layne Inmate Profile | | | | |
| PX-039 | [] | D-3611 | D-3625 | 07/16/09 | Joshua Wren Assignment History Report | | | | |
| PX-040 | [] | D-3627 | D-3627 | 07/16/09 | Assailant Layton Inmate Profile | | | | |

**Appendix 1**

| Judge Mannion | Wiggins v. Bledsoe | Plaintiff Exhibit List |
| Middle District of Pennsylvania | Ca. No. 3:11-cv-1298 | |

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-041 | [] | D-3647 | D-3647 | 07/16/09 | Assailant Martin Inmate Profile | | | | |
| PX-042 | [] | D-3595 | D-3595 | 07/16/09 | Assailant Wren Inmate Profile | | | | |
| PX-043 | [] | D-3517 | D-3520 | 07/24/09 | Card Files regarding previous assault committed by Wiggins' assailants | | | | |
| PX-044 | [] | D-4275 | D-4279 | 08/27/08 | USP Lewisburg Incident Report 8/27/2008 | | | | |
| PX-045 | [] | D-4280 | D-4284 | 09/23/08 | USP Lewisburg Incident Report 9/23/2008 | | | | |
| PX-046 | [] | D-4285 | D-4289 | 03/16/09 | USP Lewisburg Incident Report 3/16/2009 | | | | |
| PX-047 | [] | D-4290 | D-4294 | 05/11/09 | USP Lewisburg Incident Report 5/11/2009 | | | | |
| PX-048 | [] | D-4295 | D-4299 | 05/12/09 | USP Lewisburg Incident Report 5/12/2009 | | | | |

## Appendix 1

**Judge Mannion**  **Wiggins v. Bledsoe**  **Plaintiff Exhibit List**
**Middle District of Pennsylvania**  **Ca. No. 3:11-cv-1298**

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-049 | [] | D-4300 | D-4304 | 05/12/09 | USP Lewisburg Incident Report 5/12/2009 | | | | |
| PX-050 | [] | [] | [] | [] | Document describing Bledsoe education and job history | | | | |
| PX-051 | [] | [] | [] | [] | Guilty Findings for Prohibited Acts From January 2009 through December 2009 | | | | |
| PX-052 | [] | D-4305 | D-4309 | 05/18/09 | USP Lewisburg Incident Report 5/18/2009 | | | | |
| PX-053 | [] | D-4310 | D-4314 | 06/08/09 | USP Lewisburg Incident Report 6/8/2009 | | | | |
| PX-054 | [] | D-4315 | D-4319 | 06/16/09 | USP Lewisburg Incident Report 6/16/2009 | | | | |
| PX-055 | [] | D-4320 | D-4325 | 07/03/09 | USP Lewisburg Incident Report 7/3/2009 | | | | |
| PX-056 | [] | D-4326 | D-4331 | 07/07/09 | USP Lewisburg Incident Report 7/7/2009 | | | | |

## Appendix 1

**Judge Mannion**  **Wiggins v. Bledsoe**  **Plaintiff Exhibit List**
**Middle District of Pennsylvania**  **Ca. No. 3:11-cv-1298**

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-057 | [] | D-4332 | D-4337 | 07/15/09 | USP Lewisburg Incident Report 7/15/2009 | | | | |
| PX-058 | [] | D-0555 | D-0555 | 06/11/09 | Ronnie Wiggins Psychology Evaluation (June 11, 2009) | | | | |
| PX-059 | [] | D-0423 | D-0426 | 07/16/09 | Ronnie Wiggins Medical Evaluation (July 16, 2009) | | | | |
| PX-060 | [] | D-0445 | D-0446 | 07/16/09 | Geisenger Medical Center Operative Report (July 16, 2009) | | | | |
| PX-061 | [] | D-0339 | D-0339 | 07/17/09 | BOP Health Services, Clinical Encounter (July 17, 2009) | | | | |
| PX-062 | [] | D-0427 | D-0427 | 07/23/09 | Discharge Summary, Geisenger Medical Center (July 23, 2009) | | | | |
| PX-063 | [] | D-0328 | D-0329 | 07/30/09 | BOP Health Services, Clinical Encounter (July 30, 2009) | | | | |
| PX-064 | [] | D-0307 | D-0308 | 12/22/09 | BOP Health Services, Clinical Encounter (December 22, 2009) | | | | |

## Appendix 1

**Judge Mannion**      **Wiggins v. Bledsoe**      **Plaintiff Exhibit List**
**Middle District of Pennsylvania**      **Ca. No. 3:11-cv-1298**

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-065 | [] | D-0295 | D-0296 | 06/09/10 | BOP Health Services, Clinical Encounter (June 9, 2010) | | | | |
| PX-066 | [] | D-0183 | D-0186 | 07/26/10 | BOP Health Services, Clinical Encounter (July 26, 2010) | | | | |
| PX-067 | [] | Plaintiff-0380 | Plaintiff-0381 | 08/12/10 | BOP Health Services, Clinical Encounter (August 12, 2010) | | | | |
| PX-068 | [] | D-0273 | D-0273 | 03/23/11 | Utilization Review Committee, USP Lewisburg Health Services (March 23, 2011) | | | | |
| PX-069 | [] | D-0129 | D-0130 | 04/12/11 | BOP Health Services, Clinical Encounter (April 12, 2011) | | | | |
| PX-070 | [] | D-0104 | D-0105 | 06/30/11 | BOP Health Services, Clinical Encounter (June 30, 2011) | | | | |
| PX-071 | [] | D-0001 | D-0004 | 10/11/11 | BOP Health Services, Clinical Encounter (October 11, 2011) | | | | |
| PX-072 | [] | D-0035 | D-0037 | 10/11/11 | BOP Health Services Health Problems (multple dates) | | | | |

## Appendix 1

**Judge Mannion**        **Wiggins v. Bledsoe**        **Plaintiff Exhibit List**
**Middle District of Pennsylvania**        **Ca. No. 3:11-cv-1298**

| Pla. Ex. # | Def. Ex. # | Bates Begin | Bates End | Date | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PX-073 | [] | Plaintiff-0364 | Plaintiff-0366 | 11/08/11 | St. Mary's of Scott County Consultation Report (November 8, 2011) | | | | |
| PX-074 | [] | Plaintiff-0370 | Plaintiff-0371 | 12/13/11 | Scott County Hospital Operative Report (December 13, 2011) | | | | |
| PX-075 | [] | Plaintiff-0009 | Plaintiff-0010 | 12/13/11 | Wiggins Surgical Records | | | | |
| PX-076 | [] | Plaintiff-0300 | Plaintiff-0301 | 01/19/18 | Wiggins Current Patient Restrictions and EMR Medication Print Pass (January 19, 2018) [Provided to Defendants and Magistrate Judge during Mediation] | | | | |
| PX-077 | [] | Plaintiff-0011 | Plaintiff-0031 | 08/08/18 | Declaration of Dr. Lynch and accompanying medical records | | | | |
| PX-078 | [] | Plaintiff-0032 | Plaintiff-0077 | 06/14/19 | 2019 UTMB Medical Records | | | | |

## **CERTIFICATE OF SERVICE**

I, Thomas J. Miller, do hereby certify that the foregoing was sent via the Court's ECF filing system on August 23, 2019 to the following counsel of record:

>Timothy Judge, Esquire
>Assistant United States Attorney
>William J. Nealon Federal Building and Courthouse
>235 N. Washington Avenue
>P.O. Box 309
>Scranton, PA 18503
>Timothy.Judge@usdoj.gov
>
>Samuel Dalke
>Assistant U.S. Attorney
>228 Walnut Street
>Harrisburg, PA 17108
>Samuel.s.Dalke@usdoj.gov

>>/s/ Thomas J. Miller
>>Thomas J. Miller