# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONNIE G. WIGGINS,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:11-1298** |
| : | |
| v : | **(JUDGE MANNION)** |
| **BRIAN A. BLEDSOE,** *et al.*, : | |
| **Defendants** : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion to increase the *ad damnum* damages amount to $1.5 million with respect to his FTCA claim, **(Doc. 154)**, is **GRANTED**; and

**(2)** The plaintiff is allowed to seek up to $1.5 million in damages at trial regarding his FTCA claim against the United States.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 29, 2019**
11-1298-02